

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00104-CV

KENNETH P. GROSS AND BETSY L. GROSS          APPELLANTS

V.

FIRST TEXOMA NATIONAL BANK          APPELLEE

----------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT ON REHEARING

----------

We have considered appellants' "Motion for Rehearing & Motion to Vacate Judgment & Dismiss Appeal." It is the court's opinion that the motion to dismiss should be granted. It is therefore ORDERED that the opinion and judgment of

---

[1]*See* Tex. R. App. P. 47.4.

July 11, 2013 are withdrawn and the appeal is dismissed.  See Tex. R. App. P.

42.1(a)(1), 43.2(f).  The motion for rehearing is denied as moot.

Costs of the appeal shall be paid by the party incurring the same, for which

let execution issue.  See Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  August 15, 2013